**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6363**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KELVIN ANDRE SPOTTS, a/k/a Shorty,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:98-cr-00047-1)

_____

Submitted:  August 28, 2025                    Decided:  September 3, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kelvin Andre Spotts, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Andre Spotts appeals the district court's order denying his petition for a writ of error coram nobis.  A writ of error coram nobis is an "extraordinary remedy" that may be used only to correct errors "of the most fundamental character" and only when "no other remedy is available."  *United States v. Lesane*, 40 F.4th 191, 197 (4th Cir. 2022) (internal quotation marks omitted).  We conclude that the district court correctly denied Spotts's petition, as Spotts could have, or did, raise the same claims in his prior postjudgment motions.  *See id.* at 200 (requiring "petitioner to have valid reasons for not pursuing an earlier attack on his conviction").  Moreover, Spotts has not presented evidence establishing his actual innocence.  Accordingly, we affirm the district court's judgment.  *United States v. Spotts*, No. 3:98-cr-00047-1 (S.D.W. Va. Apr. 2, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2